Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Anthony Hector VALDEZ |
| **Docket Number:** | 1:10CR00290-01 |
| **Offender Address:** | Turlock, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/03/2007 |
| **Original Offense:** | 21 USC 841(a)(1) and 846 - Conspiracy to Possess With Intent to Distribute and Distribute a Controlled Substance<br>(CLASS A FELONY) |
| **Original Sentence:** | 48 months custody of the Bureau of Prisons; 36 months supervised release; $100 special assessment. |
| **Special Conditions:** | Abstain from the use of alcohol and illegal drugs; Drug/alcohol treatment and testing; Search; Financial disclosure. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 07/15/2009 (original term of supervised release)<br>05/09/2011 (supervised release re-commenced) |
| **Assistant U.S. Attorney:** | Yasin Mohammad  **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Hardgrove Voris  **Telephone:** (559) 487-5561 |

RE:  **Anthony Hector VALDEZ**
     **Docket Number:  1:10CR00290-001**
     <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
     <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

**Other Court Action:**

<u>**07/13/2010**</u>:   Transfer of Jurisdiction accepted from the District of North Dakota.

<u>**09/20/2010**</u>:   Form 12C Petition filed with the Court alleging Mr. Valdez's involvement in New Law Violations; specifically, operating a motor vehicle while under the influence of alcohol (Charge 1) and the theft of a vehicle and the victim's personal items (Charge 2).

<u>**09/21/2010**</u>:   Initial appearance before Duty Magistrate Judge Beck. Federal Defender's Office appointed. Denials entered. Matter continued to September 30, 2010, for a status conference.  Offender released on own recognizance.

<u>**09/30/2010**</u>:   Offender admits to both of the allegations as alleged in the Form 12C Petition filed on September 20, 2010.  Dispositional hearing scheduled for October 12, 2010.

<u>**10/12/2010**</u>:   Offender sentenced to six months custody of the Bureau of Prisons followed by a 30-month term of supervised release.  **Special conditions include:** Search; Financial disclosure; Drug/alcohol treatment and testing; Abstain from the use of alcohol; Aftercare co-payment.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

7.   As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:**   Mr. Valdez is requesting the above-noted modification in an effort to help combat the ongoing depression, anxiety, and periodic bouts of paranoia he is presently experiencing.  Mr. Valdez recently obtained a prescription for Citalopram - 10 mg. (prescribed on May 24, 2011 by a family doctor), which he believes is helping regulate his mood and overall disposition toward life.

RE: Anthony Hector VALDEZ
Docket Number: 1:10CR00290-001
**PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER**

It is respectfully requested the modification be granted to assist Mr. Valdez with his ongoing mental health needs.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**
Telephone: (209) 574-9429

DATED: June 21, 2011
Modesto, California
PRH/lr

REVIEWED BY: /s/ Deborah A. Spencer
**Deborah A. Spencer
Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(    )   Modification not approved at this time.  Probation Officer to contact Court.

(    )   Other:

cc:   United States Probation
Yasin Mohammad, Assistant United States Attorney
Ann Hardgrove Voris, Assistant Federal Defender
Defendant
Court File

IT IS SO ORDERED.

Dated:   June 21, 2011                                   _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE